02-12-245-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00245-CR

 

 


 
 
 Lawrence Edward Watson
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 213th
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Lawrence Edward Watson filed a notice of appeal from his conviction for
possession of between one and four grams of cocaine.  The trial court’s
certification states that this “is a plea-bargain case, and the defendant has
NO right of appeal.”  On May 31, 2012, we notified Watson that this appeal
could be dismissed unless he or any party desiring to continue the appeal filed
a response on or before June 11, 2012, showing grounds for continuing the
appeal.  We have not received a response.  Therefore, in accordance with the
trial court’s certification, we dismiss this appeal.  See Tex. R. App.
P. 25.2(d), 43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER, J.; LIVINGSTON,
C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  June 28, 2012









[1]See Tex. R. App. P. 47.4.